UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                      )<br>           Plaintiff,            )<br>                                                      )<br>v.                                                 )<br>                                                      )<br>AARON GARCIA-DIAZ,         )<br>                                                      )<br>           Defendant.         )<br>_____) | Case No. 07mj2523 |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

    United States Attorney's Office
    880 Front Street
    San Diego, CA  92101


Dated:  November 1, 2007                           */s/ John C. Ellis, Jr.*
                                                                        JOHN C. ELLIS, JR.
                                                                        Federal Defenders
                                                                        225 Broadway, Suite 900
                                                                        San Diego, CA 92101-5030
                                                                        (619) 234-8467  (tel)
                                                                        (619) 687-2666  (fax)
                                                                        john_ellis@fd.org